**Richard A. WILLIAMSON, on behalf of and as trustee for At Home Bondholders' Liquidating Trust, Plaintiff–Appellant,**

v.

**AT & T OPERATIONS, INC. and AT & T Services, Inc., Defendants–Appellees.**

No. 2014–1023.

United States Court of Appeals, Federal Circuit.

May 20, 2014.

William C. Norvell, Jr., Attorney, Beirne Maynard & Parsons, LLP, Houston, TX, for Plaintiff-Appellant.

Bryant C. Boren, Jr., Attorney, Kevin Cadwell, Attorney, Baker Botts, LLP, Palo Alto, CA, Robert Lawrence Maier, Attorney, Jennifer Cozeolino Tempesta, Attorney, Baker Botts, LLP, New York, NY, Kurt M. Pankratz, Attorney, Baker Botts, LLP, Dallas, TX, for Defendants-Appellees.

## ORDER

Richard A. Williamson moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.